PROB12C
(12/02)

# United States District Court
**for**
## The District of Rhode Island

## Petition for Summons for Offender Under Supervision

**Name of Offender:** Gary Goodloff **Case Number:** 1:03CR00067-01ML

**Name of Sentencing Judicial Officer:** Honorable Mary M. Lisi

**Date of Original Sentence:** February 20, 2004

**Original Offense:** Counts I - VI: Wire Fraud in violation of Title 18, U.S.C., Section 1343, Class D felonies.

**Original Sentence:** Eighteen months incarceration, three years supervised release, $122,540.78 restitution, and a $600 special assessment. As special conditions, the defendant shall not maintain a checking account without prior approval of the United States Probation Office and that he make his account statements and registers available to his probation officer for that individual's review on a periodic basis, the defendant shall provide access to his home computer as requested by the United States Probation Department and the defendant shall not offer any items for sale over the Internet.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** July 30, 2005

**Assistant U.S. Attorney:** Richard Rose **Defense Attorney:** Edward C. Roy

---

### PETITIONING THE COURT

☒ To issue a **Summons**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Condition Violated | Nature of Noncompliance |
|---|---|
| **Standard Condition** | **"While on supervision, the defendant shall not commit another federal, state, or local crime."**<br>On September 6, 2007, Mr. Goodloff committed the offenses of Forgery, Counterfeiting and Obtaining Money Under False Pretenses Over $500. |
| **Special Condition** | **"The defendant shall not obtain or maintain a checking account without the prior approval of the United States Probation Office, and that he is to make his account statements and registers available to his probation officer for that individual's review on a periodic basis."** |

Mr. Goodloff maintained a checking account from November 2006 - April 2007 without the approval of the United States Probation Department as evidenced by Bank of America records reviewed by Rhode Island State Trooper Kevin Cloud on February 2, 2008.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Summons so that the defendant can appear and answer to the alleged violations.

Reviewed and Approved by:

Kurt E. O'Sullivan
Supervising U.S. Probation Officer

Date: 6/30/08

I declare under the penalty of perjury that the foregoing is true and correct:

David S. Borrelli
U.S. Probation Officer

Date: 6/30/08

## The Court Orders

- ☐ No Action
- ☐ The Issuance of a Warrant
- ☑ The Issuance of a Summons
- ☐ Other

Honorable Mary M. Lisi
Chief U.S. District Judge

July 9, 2008
Date