AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

US
v.
Gary Goodloff

**APPEARANCE**

Case Number: CR 03-67-01ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Goodloff

I certify that I am admitted to practice in this court.

7-22-8
Date

[signature]
Signature

K Fitzgerald 5775
Print Name Bar Number

10 Weybosset Street, Suite 300
Address

Providence RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number